**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

QUICKVAULT, INC.,

               Plaintiff,

    v.

ORACLE CORPORATION,

               Defendant.

Case No.: 1:23-cv-01522

**JURY TRIAL DEMANDED**

# EXHIBIT H

# '300 Patent Infringement Claim Chart

**EXHIBIT H:  U.S. PATENT NO. 10,999,300 INFRINGEMENT CLAIM CHART[1]**

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| A forensic computing platform deployed as a cloud control server which comprises | The preamble is presumptively not limiting.  To the extent the preamble is limiting, Oracle Cloud Infrastructure is a forensic computing platform deployed as a cloud control server. |

Today, Oracle Cloud Infrastructure (OCI) is making it easier for you to drive informed security decisions with the launch of **Oracle Threat Intelligence Service**. Oracle Threat Intelligence Service is a new service that provides integrated, actionable threat intelligence to Oracle Cloud Guard and the newly-launched **Oracle Cloud Guard Threat Detector** to help protect resources in your OCI tenancy.

## What is Oracle Threat Intelligence Service?

OCI Threat Intelligence aggregates threat intelligence data across many different sources and manages this data to provide actionable guidance for threat detection and prevention in Oracle Cloud Guard and other Oracle Cloud Infrastructure services. This service provides insights from Oracle security researchers, our own unique telemetry, open source feeds such as abuse.ch and Tor exit relays, and third-party partners such as CrowdStrike, a cybersecurity company that correlates trillions of security events per day to deliver actionable insights to secure endpoints, workloads, identities, and data.

## Why do I need threat intelligence data?

According to the **National Institute of Standards and Technology (NIST)**, threat intelligence is threat information that has been aggregated, transformed, analyzed, interpreted, or enriched to provide the necessary context for decision-making processes. Tactical threat intelligence data commonly refers to forensic evidence that can be found in system and network logs such as domains, URLs, IP addresses, and file hashes. Threat intelligence data not only reduces mean time to detect (MTTD), but it also helps reduce mean time to remediate (MTTR) by giving responders contextual awareness about potential threats that enables them to make smarter and faster decisions.

Detecting outbound web traffic to a command and control node might indicate a breach, as could alerting on a user log-in from an IP address that has a historical record of association with malicious behaviors. Intelligence such as the IP address affiliated with these attacks informs incident response teams, who can then use that information to target the scope of their investigation.

---

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting.  QuickVault reserves the right to rely on additional and/or alternative aspects of Oracle Cloud Infrastructure during this litigation for the purpose of establishing infringement.

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | (Christa Scura, *Threat Intelligence Now Available in Oracle Cloud Infrastructure*, ORACLE (Feb. 22, 2022), https://blogs.oracle.com/cloudsecurity/post/threat-intelligence-available-in-oci.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| an analytic component, |   Figure 8: Oracle Cloud Infrastructure service domains |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*Oracle Cloud Infrastructure Platform Overview*, ORACLE, 13 (2021), https://www.oracle.com/a/ocom/docs/cloud/oracle-cloud-infrastructure-platform-overview-wp.pdf.)<br><br># Analytics Platform<br><br>The Oracle Analytics platform is a cloud native service that provides the capabilities required to address the entire analytics process including data ingestion and modeling, data preparation and enrichment, and visualization and collaboration, without compromising security and governance. Embedded machine learning and natural language processing technologies help increase productivity and build an analytics-driven culture in organizations. Start on-premises or in the cloud—Oracle Analytics supports a hybrid deployment strategy, providing flexible paths to the cloud.<br><br>(*Analytics Platform*, ORACLE, https://www.oracle.com/business-analytics/analytics-platform/.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | <br><br>Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications<br><br>(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |

a reporting
component,

# Viewing Reports for Oracle Cloud Infrastructure (OCI)

Locate and view OCI reports on the **Reports** page.

Oracle CASB Cloud Service offers predefined reports for Oracle Cloud Infrastructure. You can run these reports from the **Reports** page.

You also can create a custom report from scratch using the report builder.

If any report shows unusual activity for a user, you can check the **Users** page to see whether the user has also been flagged as being high risk. You also can search the **Risk Events** page for additional events in which the user or administrator is implicated.

| Report Name | Description |
|---|---|
| CASB Security Controls exceptions | Shows information on CASB Security Control exceptions that prevent certain OCI objects from being monitored. |
| CASB Security Control template attachment | Shows information on the template each OCI compartments uses. |
| IAM User API Keys age report | Shows key state and rollover status for API keys |
| KMS key rotation | Shows a list of KMS keys and the key age for compartments under a registered tenancy. |
| Objects encrypted using KMS key | Shows the list of OCI objects and the keys that are using |
| Privileged IAM changes - Group membership | Shows information on users added to, or removed from groups |
| Privileged IAM changes - Users and Groups | Shows information on actions targeting users and groups |
| Public buckets | Shows information on public buckets |
| Swift passwords report | Shows information on swift passwords |
| User activity report | This automates the report that you could generate in Report Builder, by filtering for Application = OCI. |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*Viewing Reports for Oracle Cloud Infrastructure (OCI)*, ORACLE, https://docs.oracle.com/en/cloud/paas/casb-cloud/palug/viewing-reports-oracle-cloud-infrastructure-oci.html#GUID-B7BF7063-79EB-450A-B13F-1ADA83098C91.)  (Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |

*Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications*

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| an alerting component, | **Overview of Notifications**<br><br>Use the Oracle Cloud Infrastructure Notifications service to set up communication channels for publishing messages using topics and subscriptions.<br><br>The Notifications service lets you know when something happens with your resources in Oracle Cloud Infrastructure. Using alarms, event rules, and connectors, you can get human-readable messages through supported endpoints, including email and text messages (SMS). You can also automate tasks through custom HTTPS endpoints and Oracle Cloud Infrastructure Functions. You can also directly publish messages.<br><br>(*Overview of Notifications*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Notification/Concepts/notificationoverview.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | <br>*Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications*<br><br>(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |
| a policy database, | ## Create a Policy in Your Compartment<br><br>A dynamic group has no permissions until you write at least one policy that gives that dynamic group permission to either the tenancy or a compartment.<br><br>A Policy is an Oracle Cloud Infrastructure Identity and Access Management (IAM) document that specifies who has what type of access to your resources. When writing a policy, you can specify the dynamic group by using either the unique name or the dynamic group's OCID. However, even if you specify the dynamic group name in the policy, IAM internally uses the OCID to determine the dynamic group. |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | (*Create an Oracle Cloud Infrastructure API Gateway*, ORACLE, https://docs.oracle.com/en/solutions/extend-saas-cloud-native/create-oracle-cloud-infrastructure-api-gateway2.html.)<br><br>## Policy FAQs<br><br>— Which of the services within Oracle Cloud Infrastructure can I control access to through policies?<br><br>All of them, including IAM itself. You can find specific details for writing policies for each service in the Policy Reference.<br><br>(*Getting Started with Policies*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Identity/Concepts/policygetstarted.htm#Getting_Started_with_Policies.) |
| a user database, | ## Working with Users<br><br>When creating a user, you must provide a unique, unchangeable *name* for the user. The name must be unique across all users within your tenancy. This name is the user's login to the Console. You might want to use a name that's already in use by your company's own identity system (for example, Active Directory, LDAP, etc.). You must also provide the user with a *description* (although it can be an empty string), which is a non-unique, changeable description for the user. This value could be the user's full name, a nickname, or other descriptive information. Oracle also assigns the user a unique ID called an Oracle Cloud ID (OCID). For more information, see Resource Identifiers.<br><br>(*Managing Users*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Identity/Tasks/managingusers.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| |  Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications<br><br>(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| a meta database and | **Metadata harvesting**<br><br>Harvest metadata from data sources across the Oracle Cloud Infrastructure ecosystem and on-premises to create an inventory of data assets. This helps data consumers easily find the data they need for analytics.<br><br>Harvest technical metadata and gain insight into data in OCI Object Storage, Oracle Autonomous Database, and more.<br><br>See Data Catalog tutorials<br><br>(*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| a settings database, | # Creating an Instance Configuration<br><br>Instance configurations let you define the settings to use when creating compute instances. Use an instance configuration in the following scenarios:<br><br>• To create one or more instances in an instance pool.<br>• As a template for launching individual instances that are not part of a pool.<br><br>When you create an instance configuration, you can use an existing compute instance as a template, or you can provide a list of configuration settings.<br><br>You can optionally specify a secondary virtual network interface card (VNIC) and block volumes to attach to the instances that are created from an instance configuration. To do this, create the instance configuration by providing a list of configuration settings.<br><br>(*Creating an Instance Configuration*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Compute/Tasks/creatinginstanceconfig.htm.)<br><br># Provision and Configure Oracle Cloud Infrastructure Services<br><br>A summary is provided here of the provisioning and configuration for Oracle WebLogic Server for OCI and other services required for your Oracle Fusion extension applications, including Single Sign-On (SSO) and web services security configuration. See the full product documentation for details.<br><br>(*Provision and Configure Oracle Cloud Infrastructure Services*, ORACLE, https://docs.oracle.com/en/solutions/migrate-saas-extension-oci/provision-and-configure-oracle-cloud-infrastructure-services1.html.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| the forensic computing platform further comprising at least one endpoint and | ## Management Agent Concepts<br><br>The following terminology and concepts help you understand the management agents deployment and lifecycle.<br><br>**Oracle Cloud Infrastructure** is a set of complementary cloud services that enable you to build and run a wide range of applications and services in a highly available hosted environment. The Oracle Cloud Infrastructure (OCI) components communicate with each other using https protocol.<br><br>Software or hardware resources as well as business objects whose properties, configuration, status, and performance are tracked and analyzed are known as **data sources**.<br><br>A **Management Agent (agent)** allows a service plug-in to collect data from the host where you install the Management Agent. It can connect to Oracle Cloud Infrastructure directly using the Management Agent cloud service. The Management Agent is installed on a host. It monitors and collects data from the sources that reside on hosts or virtual hosts.<br><br>(*Management Agent Concepts*, ORACLE, https://docs.oracle.com/en-us/iaas/management-agents/doc/you-begin.html#GUID-0FDD7E1D-E228-4D34-8EAD-21508405C67A.) |

14

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | # Virtual Machines (VMs)<br><br>Oracle Cloud Infrastructure (OCI) Compute VMs provide secure and elastic compute capacity in the cloud for workloads ranging from small development projects to large-scale, global applications such as real-time communication platforms. Flexible shapes enable users to optimize VM resources with customized processor and memory values for improved price performance.<br><br>(*Virtual Machines (VMs)*, ORACLE, https://www.oracle.com/cloud/compute/virtual-machines/.)<br><br># Oracle Cloud VMware Solution<br><br>Security, predictability, and control make Oracle Cloud Infrastructure (OCI) the ideal platform for VMware. Rapidly transpose VMware estates to the cloud without changes to best practices or tools. VMware environments operate in a securely isolated customer tenancy with predictable performance and costs. Customers manage cloud infrastructure and VMware consoles for complete administrative control. |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | (*Oracle Cloud VMware Solution*, ORACLE, https://www.oracle.com/cloud/compute/vmware/#vmware-tools.) |

**Oracle Cloud Agent** is a lightweight process that manages plugins running on **compute instances**, also known as hosts or VMs, residing in the Oracle Cloud Infrastructure. When you are using compute instances, you can deploy Management Agents by using the Oracle Cloud Agent. For information about deploying Management Agents with Oracle Cloud Agent when using Oracle Cloud Infrastructure compute instances, see Deploy Management Agents on Compute Instances.



| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | (*Management Agent Concepts*, ORACLE, https://docs.oracle.com/en-us/iaas/management-agents/doc/you-begin.html#GUID-0FDD7E1D-E228-4D34-8EAD-21508405C67A.) |
| modules to detect, classify, delete, encrypt, and redact data stored on the at least one endpoint, | **"modules to detect [and] classify . . . data stored on the at least one endpoint"**<br><br>## How Data Discovery Searches for Sensitive Data<br><br>Protecting sensitive data begins with knowing what sensitive data you have, and where it is located. Data Discovery's primary means of discovering sensitive data in your target databases is by using sensitive types. Data Discovery also searches for dictionary-based referential relationships to find parent-child relationships. You can also choose to have Data Discovery search for non-dictionary referential relationships (application-level relationships).<br><br>(*Data Discovery Overview*, ORACLE, https://docs.oracle.com/en/cloud/paas/data-safe/udscs/data-discovery-overview.html#GUID-DBD755EE-0084-4F11-B103-6E54B093AD25.)<br><br># Data Catalog<br><br>Oracle Cloud Infrastructure (OCI) Data Catalog is a metadata management service that helps data professionals discover data and support data governance. Designed specifically to work well with the Oracle ecosystem, it provides an inventory of assets, a business glossary, and a common metastore for data lakes. |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.) <br><br> **Metadata harvesting** <br><br> Harvest metadata from data sources across the Oracle Cloud Infrastructure ecosystem and on-premises to create an inventory of data assets. This helps data consumers easily find the data they need for analytics. <br><br> Harvest technical metadata and gain insight into data in OCI Object Storage, Oracle Autonomous Database, and more. <br><br> See Data Catalog tutorials <br><br> (*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | ## Enriching Technical Metadata<br><br>Use Data Catalog to enrich the harvested technical metadata.<br><br>Data Catalog lets you collect technical and business information of data assets in an organization so that all data users get a complete view of the data. Technical information is collected when you harvest the data sources. Business context is provided by data experts in the form of metadata enrichments to supplement the technical information.<br><br>Technical metadata includes details about the data source, such as table name, column name, and datatype. As a data consumer, these details may not provide you enough information to understand the data and use it. To determine if a data source is the right data for you, you also need to understand the business aspect of the data. For example, what is the data about, it's intended usage, who owns this data, how often is the data updated; and in general, the tribal knowledge about the data.<br><br>(*Enriching Technical Metadata*, ORACLE, https://docs.oracle.com/en-us/iaas/data-catalog/using/enrich-metadata.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | # Oracle Label Security<br><br>Oracle Label Security enables companies and government organizations to consolidate data with similar sets of sensitive data – but with different access requirements (including government classified data) – into the same database.  Oracle Label Security implements multilevel access controls based on the classification of the data and the access label (security clearance) of the application user.  This powerful capability enables sensitive R&D projects, non-public financial information and multi-level security requirements to be enforced inside the Oracle Database Enterprise Edition, including Oracle Exadata.<br><br>(*Oracle Label Security*, ORACLE (2019), *available at* https://www.oracle.com/docs/tech/dbsec/ols/ols-ds-19c.pdf.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| |  |

Inside the table cell, the content reads:

**ADS PII operator: The vanguard of data protection**

Crafted by the synergy of Oracle Cloud Infrastructure (OCI) AI expertise and a keen understanding of data privacy demands, OCI Data Science's ADS PII operator isn't merely a tool. It's a paradigm shift that's changing how data is protected:

- Automated detection and classification: Using pattern matching and AI-powered solution, the ADS PII operator efficiently identifies sensitive data on free form texts.

(*Ming Kang et al.*, *Safeguarding Sensitive Information with Oracle's AI Platform PII Operator*, ORACLE (2023), https://blogs.oracle.com/ai-and-datascience/post/rotect-pii-customer-data-ads-pii-operators.)

Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications

(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.)

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
| | **"module[] to . . . delete . . . data stored on the at least one endpoint"**<br><br>## Deleting a Data Entity<br><br>Delete a data entity in Data Catalog.<br><br>✎ **Note**<br><br>When you delete a data entity, all attributes in the data entity are also deleted.<br><br>**Console**   CLI   API<br><br>1. On the **Home** tab of the instance for which you want to delete the data entity, click **Data entities**.<br>2. On the **Data Entities** page, select the data entity that you want to delete.<br>3. On the **Data Entities** page, click **Delete**.<br>4. In the **Delete Data Entity** dialog box, type `Delete` to confirm and click **Delete**.<br><br>(*Deleting a Data Entity*, ORACLE, https://docs.oracle.com/en-us/iaas/data-catalog/using/delete-data-entity.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | ## Deleting a Data Asset<br><br>When you delete a data asset from a Data Integration workspace, you're also deleting its connections. After you delete a data asset, the data asset and its connections *cannot* be restored.<br><br>**Console**    CLI    API<br><br>1. Navigate to the workspace in which you want to delete the data asset.<br><br>   For the steps to access a workspace, see Accessing a Workspace.<br>2. On the workspace home page, click **Data assets**.<br>3. In the list of data assets, click the name of the data asset.<br>4. On the data asset details page, click **Delete**.<br>5. In the **Delete data asset** dialog box, confirm that you want to delete the data asset and its connections, and then click **Delete**.<br><br>(*Deleting a Data Asset*, ORACLE, https://docs.oracle.com/en-us/iaas/data-integration/using/deleting-a-data-asset.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | # Deleting Objects<br><br>Delete one or more objects from a bucket in Object Storage.<br><br>You can permanently delete an object from a bucket or folder. You cannot, however, recover a deleted object unless you have object versioning enabled. See Using Object Versioning for details.<br><br>> 📝 **Note**<br>><br>> You cannot delete an object that has an active retention rule.<br><br>**Console**   CLI   API<br><br>1. Open the navigation menu and click **Storage**. Under **Object Storage & Archive Storage**, click **Buckets**.<br>2. Choose the compartment that contains the bucket, and then click the name of the bucket that contains the object.<br>3. In the **Objects** table, expand folders and subfolders as needed to find the object that you want to delete.<br>4. Click the **Actions** menu to the right of the object name, and select **Delete**. To delete more than one object at a time, select the check boxes next to the object names, click **More Actions**, and then select **Delete**.<br>5. In the confirmation dialog box, click **Delete**. |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
| | (*Deleting Objects*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Object/Tasks/managingobjects_topic-To_delete_objects_from_a_bucket.htm.) <br><br> # Deleting Applications <br><br> Delete an Application in Data Flow. <br><br> To delete an Application , you must be the Application owner or be a Data Flow Administrator. <br><br> When you delete an Application, its associated Runs aren't deleted. The output and logs for these Runs remain available. <br><br> **Console**   CLI   API <br><br> 1. Open the navigation menu, and click **Analytics and AI**. Under **Data Lake** click **Data Flow**. <br> 2. In the left-side menu, click **Applications**. <br> 3. Under **List scope**, select the compartment that contains the application to edit. <br> 4. Click the name of the Application to delete. <br> 5. On the Application's details page, click **More actions** and select **Delete**. <br> 6. In the **Delete confirmation** dialog box, click **Delete**. <br><br> (*Deleting Applications*, ORACLE, https://docs.public.oneportal.content.oci.oraclecloud.com/en-us/iaas/data-flow/using/dfs_delete_apps.htm.) <br><br> **"module[] to . . . encrypt . . . data stored on the at least one endpoint"** |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | # Encrypting Data<br><br>The Oracle Cloud Infrastructure Object Storage service encrypts and decrypts all objects using 256-bit Advanced Encryption Standard (AES-256) to encrypt object data on the server. Each object is encrypted with its own data encryption key. Data encryption keys are always encrypted with a master encryption key that is assigned to the bucket. Encryption is enabled by default and cannot be turned off. By default, Oracle manages the master encryption key.<br><br>In addition to this default encryption, you can employ these strategies to encrypt data:<br><ul><li>Use client-side encryption to encrypt objects with their encryption keys before storing them in Object Storage buckets. An available option is to use the Amazon S3 Compatibility API, along with client-side object encryption support available in AWS SDK for Java. See Amazon S3 Compatibility API for more details about on this SDK.</li><li>Use server-side encryption with your own keys. For more information, see Using Your Own Keys for Server-Side Encryption.</li><li>Assign an Oracle Cloud Infrastructure Vault master encryption key that you control and rotate on your own schedule. For more information, see Using Your Own Keys in Vault for Server-Side Encryption.</li></ul><br>(*Encrypting Data*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/Object/Tasks/encryption.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | ## Protect Data at Rest<br><br>Oracle Cloud Infrastructure offers multiple storage options: block, object, and file. Data is encrypted at rest and in transit for these services. Use the following mechanisms to apply additional best practices to ensure that your data in the cloud is secure.<br><br>(*Protect Data at Rest*, ORACLE, https://docs.oracle.com/en/solutions/oci-best-practices/protect-data-rest1.html#GUID-4A03B030-E0BC-4E3F-98CC-07ECFD37F575.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|  | **Encrypt Data in Block Volumes**<br><br>*Enterprise Architect, Security Architect, Data Architect*<br><br>The Oracle Cloud Infrastructure Block Volumes service always encrypts all block volumes and boot volumes at rest by using the Advanced Encryption Standard (AES) algorithm with 256-bit keys. Consider the following additional encryption options.<br><br>• Encrypt all of your volumes and their backups by using keys that you own, and you can manage the keys by using the Oracle Cloud Infrastructure Vault service.<br><br>• Data is transferred between an instance and the attached block volume through an internal and highly secure network. You can enable in-transit encryption for paravirtualized volume attachments on virtual machine instances.<br><br>**Encrypt Data in File Storage**<br><br>*Enterprise Architect, Security Architect, Data Architect*<br><br>The Oracle Cloud Infrastructure File Storage service encrypts all data at rest. By default, the file systems are encrypted by using Oracle-managed encryption keys.<br><br>Encrypt all of your file systems by using keys that you own. You can manage the keys by using the Oracle Cloud Infrastructure Vault service.<br><br>**Encrypt Data in Object Storage**<br><br>*Enterprise Architect, Security Architect, Data Architect*<br><br>The Oracle Cloud Infrastructure Object Storage service encrypts all of your objects by using the Advanced Encryption Standard (AES) algorithm with 256-bit keys. Each object is encrypted using a separate key.<br><br>• The object-encryption keys are, in turn, encrypted by using an Oracle-managed master encryption key that's assigned to each bucket.<br><br>• Configure buckets to use your own master encryption key that you store in the Oracle Cloud Infrastructure Vault service and rotate at a schedule that you define. |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
| | (*Protect Data at Rest*, ORACLE, https://docs.oracle.com/en/solutions/oci-best-practices/protect-data-rest1.html#GUID-4A03B030-E0BC-4E3F-98CC-07ECFD37F575.)<br><br>**"module[] to . . . redact data stored on the at least one endpoint"** |

# About Data Masking

Data Masking lets you define rules that hide or redact categories of sensitive information from users who don't have a specific need to view it.

Cloud Guard applies the masking rules to sensitive information that would otherwise be displayed on the **Problems** page, in the problem details and history.

## Overview

> ☑ **Note**
>
> Different countries have different requirements as to how tightly access to sensitive information must be restricted. You are legally required to comply with the national requirements on data privacy for the country where Cloud Guard's reporting region is hosted. To look up the reporting region, see Viewing the Reporting Region.
>
> The Cloud Guard reporting region is NOT the same thing as the OCI home region.

Data masking allows you to selectively redact sensitive problem information for unauthorized users. The objective is to restrict different categories of information to viewing only by users whose job function requires them to view that type of information. Each data masking rule specifies categories of sensitive problem information that are to be redacted for:

- A particular IAM user group,
- in a specified combination of Cloud Guard targets.

And you can apply data masking rules at three levels:

- **Global** - rules apply globally to your entire OCI tenancy.
- **Target** - rules apply only to specified Cloud Guard targets.

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*About Data Masking*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/data-mask-about.htm.) <br><br> ## 11.1 What Is Oracle Data Redaction? <br><br> Oracle Data Redaction enables you to mask (redact) data that is returned from queries issued by applications. <br><br> You can redact column data by using one of the following methods: <br><br> • **Full redaction.** You redact all of the contents of the column data. The redacted value returned to the querying application user depends on the data type of the column. For example, columns of the NUMBER data type are redacted with a zero (0), and character data types are redacted with a single space. <br><br> • **Partial redaction.** You redact a portion of the column data. For example, you can redact a Social Security number with asterisks (*), except for the last 4 digits. <br><br> • **Regular expressions.** You can use regular expressions to look for patterns of data to redact. For example, you can use regular expressions to redact email addresses, which can have varying character lengths. It is designed for use with character data only. <br><br> • **Random redaction.** The redacted data presented to the querying application user appears as randomly generated values each time it is displayed, depending on the data type of the column. <br><br> (*Introduction to Oracle Data Redaction*, ORACLE, https://docs.oracle.com/en/database/oracle/oracle-database/19/asoag/introduction-to-oracle-data-redaction.html#GUID-82EA9712-387C-4D3A-BB72-F64A707C67CA.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  |  Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications<br><br>(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, ORACLE (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| the forensic computing platform causing the following steps to occur when executing computer instructions stored in a memory of the cloud control server:<br><br>receiving, by one of the modules of the forensic computing platform from the at least one endpoint, a meta log associated with a first file, | # Data Catalog<br><br>Oracle Cloud Infrastructure (OCI) Data Catalog is a metadata management service that helps data professionals discover data and support data governance. Designed specifically to work well with the Oracle ecosystem, it provides an inventory of assets, a business glossary, and a common metastore for data lakes.<br><br>(*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.)<br><br>## Metadata harvesting<br><br>Harvest metadata from data sources across the Oracle Cloud Infrastructure ecosystem and on-premises to create an inventory of data assets. This helps data consumers easily find the data they need for analytics.<br><br>Harvest technical metadata and gain insight into data in OCI Object Storage, Oracle Autonomous Database, and more.<br><br>See Data Catalog tutorials |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|  | (*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.) <br><br> # Enriching Technical Metadata <br><br> Use Data Catalog to enrich the harvested technical metadata. <br><br> Data Catalog lets you collect technical and business information of data assets in an organization so that all data users get a complete view of the data. Technical information is collected when you harvest the data sources. Business context is provided by data experts in the form of metadata enrichments to supplement the technical information. <br><br> Technical metadata includes details about the data source, such as table name, column name, and datatype. As a data consumer, these details may not provide you enough information to understand the data and use it. To determine if a data source is the right data for you, you also need to understand the business aspect of the data. For example, what is the data about, it's intended usage, who owns this data, how often is the data updated; and in general, the tribal knowledge about the data. <br><br> (*Enriching Technical Metadata*, ORACLE, https://docs.oracle.com/en-us/iaas/data-catalog/using/enrich-metadata.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | # Oracle Label Security<br><br>Oracle Label Security enables companies and government organizations to consolidate data with similar sets of sensitive data – but with different access requirements (including government classified data) – into the same database.  Oracle Label Security implements multilevel access controls based on the classification of the data and the access label (security clearance) of the application user.  This powerful capability enables sensitive R&D projects, non-public financial information and multi-level security requirements to be enforced inside the Oracle Database Enterprise Edition, including Oracle Exadata.<br><br>(*Oracle Label Security*, ORACLE (2019), *available at* https://www.oracle.com/docs/tech/dbsec/ols/ols-ds-19c.pdf.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | **Interpret the results**<br><br>The ADS PII operator produces two output files, mydata-out.csv and report.html, under the given output_directory.<br><br>• mydata-out.csv: This file contains the processed dataset.<br><br><table><tr><td>documentation_id</td><td>patient_visit_date</td><td>content</td></tr><tr><td>00001cee341fdb12</td><td>01/01/2012</td><td>"Hi, this is David Doe. my number is (123) 456-7890."</td></tr><tr><td>00097b6214686db5</td><td>01/31/2012</td><td>"David recently got a beautiful puppy. He may be allergic to dog hair. "</td></tr></table><br>• report.html: The report.html file is customized based on report parameters in the configuration yaml. It contains a summary of statistics, a plot of entities distributions, details of the resolved entites, and details about any model used. By default, sensitive information isn't shown in the report, but for debugging purposes, you can disable this with show_sensitive_content. It also includes a copy of YAML file, providing a fully detailed version of the original specification.<br><br>(Ming Kang et al., *Safeguarding Sensitive Information with Oracle's AI Platform PII Operator*, ORACLE (2023), https://blogs.oracle.com/ai-and-datascience/post/rotect-pii-customer-data-ads-pii-operators.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
| |  Figure 1: Data Safe Alerts integration with OCI Events and OCI Notifications<br><br>(Vishak Chittuvalapil, *Announcing New Oracle Data Safe Alert Capabilities and Reporting*, Oracle (2022), https://blogs.oracle.com/cloudsecurity/post/new-data-safe-alert-capabilities-and-reporting.) |

the meta log comprising:

a first file name,

data element tags comprising indicators that data types are included in the first file,

one or more of a date created, date deleted, or date modified, and

an endpoint ID;

# Using the Search Field

You use the *Search within this data catalog* in the Home tab or the *Search within <data object>* boxes in the various data catalog objects tabs to enter a search text and retrieve all data objects matching the search text in the data catalog.

**Console**   CLI   API

1.  Access the *Search within <data object>* field from the **Home** tab or the **Data Assets**, **Data Entities**, **Attributes**, **Filename Patterns**, **Custom Attributes**, **Glossary**, **Terms**, **Jobs**, or **Schedules** tabs.
2.  Enter the search text. This text can be a complete or partial text. In the search bar of the **Home** tab, when you type the first three characters, the system suggests the possible texts. If a suggestion matches your requirement, you can select the text.

    > 📝 **Note**
    >
    >   ○  The search is not case-sensitive.
    >   ○  You can use `*` anywhere in your search text as a wildcard. For example, you can use `resource*` to search for resource_type, resource_name, resource_uri and so on.
    >
    >   Use `*res*` to search for **res**ource_type, **res**ource_name, **res**ource_uri and schedule_cron_exp**res**sion.
    >
    >   More search examples: `*cust*`, `customer_*`, `cust*_*`, and `*cust*_t*`.

3.  Click the search icon in the *Search within <data object>* box, or press enter. The results matching the search text are listed.
4.  Use **Filters** and **Custom Filters** to refine your search results.
5.  Use the sort drop down to display the results in order of <u>**Relevance**, **Name - Ascending**, **Name - Descending**, **Last Updated - Ascending**, or **Last Updated - Descending**</u>.

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*Using the Search Field*, ORACLE, https://docs.oracle.com/en-us/iaas/data-catalog/using/use-search-bar.htm.)<br><br>## Viewing a Filename Pattern's Details<br><br>View information such as description, updated by, last updated, and expression of a filename pattern.<br><br>**Console**   CLI   API<br><br>1. On your data catalog instance Home tab, click **Filename Patterns** to access the Filename Patterns tab.<br>2. Click the filename pattern name. Alternatively, click the Actions menu for the filename pattern and select **View Details**. The filename pattern details tab displays.<br><br>The filename pattern details tab displays the filename pattern information, such as description, updated by, last updated, and expression. The Associated Logical Data Entities list shows the logical data entities derived using the filename pattern. If this list is empty, then either the filename pattern is not assigned to any data asset yet, or the data asset is not yet harvest with the assigned filename patterns. Use the Refresh link to retrieve the latest information for the filename pattern.<br>Additionally, you can edit, test, or delete the filename pattern.<br><br>(*Viewing a Filename Pattern's Details*, ORACLE, https://docs.oracle.com/en-us/iaas/data-catalog/using/logical-entities-view-pattern-details.htm#view-pattern-details.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | **Interpret the results**<br><br>The ADS PII operator produces two output files, mydata-out.csv and report.html, under the given output_directory.<br><br>• mydata-out.csv: This file contains the processed dataset.<br><br>| documentation_id | patient_visit_date | content |<br>|---|---|---|<br>| 00001cee341fdb12 | 01/01/2012 | "Hi, this is David Doe. my number is (123) 456-7890." |<br>| 00097b6214686db5 | 01/31/2012 | "David recently got a beautiful puppy. He may be allergic to dog hair. " |<br><br>• report.html: The report.html file is customized based on report parameters in the configuration yaml. It contains a summary of statistics, a plot of entities distributions, details of the resolved entites, and details about any model used. By default, sensitive information isn't shown in the report, but for debugging purposes, you can disable this with show_sensitive_content. It also includes a copy of YAML file, providing a fully detailed version of the original specification.<br><br>(Ming Kang et al., *Safeguarding Sensitive Information with Oracle's AI Platform PII Operator*, ORACLE (2023), https://blogs.oracle.com/ai-and-datascience/post/rotect-pii-customer-data-ads-pii-operators.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| storing the meta log in the meta database of the cloud control server of the forensic computing platform; | # Data Catalog<br><br>Oracle Cloud Infrastructure (OCI) Data Catalog is a metadata management service that helps data professionals discover data and support data governance. Designed specifically to work well with the Oracle ecosystem, it provides an inventory of assets, a business glossary, and a common metastore for data lakes.<br><br>(*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.)<br><br>**Metadata harvesting**<br><br>Harvest metadata from data sources across the Oracle Cloud Infrastructure ecosystem and on-premises to create an inventory of data assets. This helps data consumers easily find the data they need for analytics.<br><br>Harvest technical metadata and gain insight into data in OCI Object Storage, Oracle Autonomous Database, and more.<br><br>See Data Catalog tutorials |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|  | (*Data Catalog*, ORACLE, https://www.oracle.com/big-data/data-catalog/.)<br><br>• report.html: The report.html file is customized based on report parameters in the configuration yaml. It contains a summary of statistics, a plot of entities distributions, details of the resolved entites, and details about any model used. By default, sensitive information isn't shown in the report, but for debugging purposes, you can disable this with show_sensitive_content. It also includes a copy of YAML file, providing a fully detailed version of the original specification.<br><br>(Ming Kang et al., *Safeguarding Sensitive Information with Oracle's AI Platform PII Operator*, ORACLE (2023), https://blogs.oracle.com/ai-and-datascience/post/rotect-pii-customer-data-ads-pii-operators.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| analyzing, by the analytic component, the indicators of the data element tags of the first file based on a configured setting and criteria; | **How does OCI Data Catalog work?**<br><br>**Metadata** – data about your data – is the key to OCI Data Catalog<br><br>OCI Data Catalog extracts, standardizes, and indexes technical metadata from connected data sources to create a trusted and searchable data asset inventory.<br><br>OCI Data Catalog also allows end users and subject matter experts to contribute their domain knowledge about data in the form of user annotations, tags, classifications, and business context. Data stewards can manage the organization's vocabulary in the form of a glossary and then establish links to technical metadata to provide a holistic view.<br><br>The metadata, combined with data management and search tools, is what helps data users find the data they need, discover information on available data, and gain information about the trustworthiness of data for different uses.<br><br>(*Oracle Cloud Infrastructure Data Catalog*, ORACLE 8 (2020), *available at* https://www.oracle.com/a/ocom/docs/ebook-cloud-infrastructure-data-catalog.pdf.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | OCI Data Catalog offers<br><br>**Search and exploration**<br><br>• Search data based on technical names, business terms, or tags<br>• View details of various objects<br>• Browse OCI Data Catalog based on data assets |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         |   (*Oracle Cloud Infrastructure Data Catalog*, ORACLE 12 (2020), *available at* https://www.oracle.com/a/ocom/docs/ebook-cloud-infrastructure-data-catalog.pdf.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | **A scalable, single view of all data for analysis**<br><br>Gain trusted and consistent information across the enterprise with a business representation of data using a shared semantic model, without compromising governance. Users access data through nontechnical business terms, predefined hierarchies, consistent calculations, and metrics. Create seamless views across data sources visually explore them using native queries that deliver high performance. Easily configure the balance of live and cached connections to ensure high-performance data access. Support multiple data visualization tools, such as Microsoft Power BI, and retain a consistent and trusted view of enterprise metrics.<br><br>(*A Scalable, Single View of All Data for Analysis*, ORACLE, https://www.oracle.com/business-analytics/analytics-platform/#rc30p3.)<br><br>• report.html: The report.html file is customized based on report parameters in the configuration yaml. It contains a summary of statistics, a plot of entities distributions, details of the resolved entites, and details about any model used. By default, sensitive information isn't shown in the report, but for debugging purposes, you can disable this with show_sensitive_content. It also includes a copy of YAML file, providing a fully detailed version of the original specification.<br><br>(Ming Kang et al., *Safeguarding Sensitive Information with Oracle's AI Platform PII Operator*, ORACLE (2023), https://blogs.oracle.com/ai-and-datascience/post/rotect-pii-customer-data-ads-pii-operators.) |

| | |
|---|---|
| determining, based on the indicators of the data element tags, a data classification associated with the first file comprised on the at least one endpoint; and | # About Threat Detector<br><br>Understand the concepts and terminology you need to work with Cloud Guard's Threat Detector component.<br><br>The Threat Detector component in Cloud Guard collects and processes information on potential threats as follows:<br><br>1. Information is collected from Cloud Guard targets.<br><br>2. Threat Detector gets information on potential threats from Threat Intelligence Service. These are indicators of compromise, such as IP addresses and domains, that are associated with known malware command and control servers.<br><br>3. That information is run through models that are aligned with the MITRE ATT&CK Framework ↪ to categorize the potential tactics and techniques involved.<br><br>4. Those models produce "sightings" - individual instances of potential malicious behavior - which are scored to assess the *seriousness* of the consequences if the attack is real and the *likelihood* that the attack is real.<br><br>5. Then the sightings are collated into a resource profile.<br><br>6. The resource profile is scored to assess the risk described by the sequence of sightings.<br><br>7. A risk level is assigned, based on the highest risk score of the last 14 days.<br><br>8. If the risk level becomes critical, a problem is generated.<br><br>The **Threat Monitoring** and **Threat Monitoring Details** pages display information for each resource profile listed. To interpret the information displayed, become familiar with the following key concepts and terminology. |

48

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*About Threat Detector*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/threats-about.htm.) |

# Searching for Threat Indicators

Search the Threat Intelligence database to learn more about specific threat indicators, such as an IP address or domain name. Learn about the indicator's history and its confidence score.

Search results are limited to the most recent 1,000 results for any combination of search parameters. Refine the search criteria if the search returns more than 1,000 results.

To learn about the information found in the Threat Intelligence database, see Concepts.

You can search the Threat Intelligence database even if Cloud Guard hasn't detected any threats in the tenancy.

**Console**    CLI    API

1. Open the navigation menu and click **Identity & Security**. Under **Threat Intelligence**, click **Threat Indicator Database**.
2. From the **Search for** list, select the type of threat indicator that you want to search for, and then enter the specific value.
   - **Domain name**: Enter the source domain name of the threat indicator.
   - **File name**: Enter the file name of the malicious program.
   - **IP address**: Enter the source IP address of the threat indicator.
   - **Malware**: Enter the name of the malware program associated with the threat indicator.
   - **MD5 hash**: Enter the MD5 hash generated from the request header of the threat indicator.
   - **SHA1 hash**: Enter the SHA1 hash generated from the request header of the threat indicator.
   - **SHA256 hash**: Enter the SHA256 hash generated from the request header of the threat indicator.
   - **Threat actor**: Enter the name of the entity associated with the threat indicator.
   - **Threat type**: Select the type of threat. See Threat Indicator Database Threat Types.
   - **URL**: Enter the source URL of the threat indicator.

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | (*Searching for Threat Indicators*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/threat-intel/using/search-threat-indicators.htm.)<br><br>## Parameters Reported for Sightings<br><br>The following parameters are also monitored. Some of these parameters appear on only the **Threat Monitoring** page or the **Threat Monitoring Details** page.<br><br>• **Resource, Resource ID, Resource Name** - an identifier for the resource targeted in the sighting.<br>• **Compartment** - the OCI compartment where the resource is located.<br>• **Target** - the Cloud Guard target containing the OCI compartment.<br>• **Regions** - the region or regions in which the sighting was detected.<br>• **First Detected** - the date and time at which the sighting was first detected.<br>• **Last Detected** - the date and time at which the sighting was last detected.<br>• **Peak Risk Score** - the highest risk score for a particular risk profile.<br>• **Peak Date** - the date of the highest risk score for a particular risk profile.<br>• **Endpoint ASN** - the Autonomous System Number associated with the endpoint IP address identified in a sighting.<br>• **Endpoint Service** - the particular services used from the endpoint identified in a sighting.<br>• **Endpoint Type** - if the IP address is known to the OCI Threat Intel service, it's declared "suspicious" and the IP address becomes a link to the information in that service.<br><br>(*About Threat Detector*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/threats-about.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | # Cloud Guard Concepts<br><br>Understand Cloud Guard components and terminology.<br><br>Cloud Guard examines your Oracle Cloud Infrastructure resources for security weakness related to configuration, and your operators and users for risky activities. Upon detection, Cloud Guard can suggest, assist, or take corrective actions, based on your configuration.<br><br>The following diagram provides a high-level overview of Cloud Guard system flow. You can refer to this diagram as you review the Cloud Guard concepts whose definitions follow.<br><br><br><br>(*Cloud Guard Concepts*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/cg-concepts.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| predicting data breaches based on degree changes in data topology wherein as meta data is received and stored in the meta database the meta data is consumed by the analytics component which produces signals that are sent to the alerting component wherein a first signal may reflect a spike in user activity and wherein a second signal may reflect data of a specific classification that has leaked onto one or more endpoints. | • Use cloud security posture management (CSPM) tools to automate security. Capabilities include:<br><br>   ○ Threat detection and prevention.<br><br>   ○ Intrusion detection systems and intrusion prevention systems.<br><br>   ○ Next-generation machine learning models that process massive amounts of data and match discrete patterns and signatures to known threats.<br><br>   ○ Machine learning tools that analyze user activity, define baselines for typical usage, identify suspicious behavior, and draw probabilistic conclusions about the validity of a threat.<br><br>(*Maintenance, Monitoring, and Prevention*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/maintenance-monitoring-prevention.htm.)<br><br>The following steps are recommended to implement IAM policies:<br><br>• Identify the critical assets and resources that require protection.<br><br>• Define the access policies and roles that govern access to those assets.<br><br>• Establish user provisioning and de-provisioning processes to manage user access.<br><br>• Implement multi-factor authentication (MFA) to verify user identities and reduce the risk of unauthorized access.<br><br>• Monitor user activity and access logs to detect and respond to suspicious behavior.<br><br>• Regularly review and update access policies and roles to ensure continued effectiveness.<br><br>(*Security Architecture*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
|  | • **Monitoring user activity**: Audit permission logs and access logs can be used to monitor user activity and ensure that users are complying with security policies and procedures. By reviewing these logs, you can identify any unusual activity or patterns that might indicate a potential security incident or violation of security policies.<br><br>(*Security Architecture*, ORACLE, [https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm](https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm).)<br><br>• **Detecting anomalies**: Periodic evaluations of user permissions can help to detect anomalies or unauthorized changes to permissions. This can be an indication of a potential security incident or a violation of security policies.<br><br>(*Security Architecture*, ORACLE, [https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm](https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm).)<br><br>6. **Use anomaly detection:**<br><br>• Use machine learning and behavior analysis techniques to detect unusual patterns or deviations from baseline behavior.<br><br>(*Security Architecture*, ORACLE, [https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm](https://docs.oracle.com/en-us/iaas/Content/cloud-adoption-framework/ea-security-architecture.htm).)<br><br># Threat Indicator Database Threat Types<br><br>Threat Intelligence categorizes threats by different characteristics, including the methods used by the threat actor to compromise the target system's security, and the threat's symptoms.<br><br>Anomalous — Is associated with unusual activity but might not be a threat<br><br>Informationstealer — Attempts to identify and copy sensitive or private information |

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
| | Suspicious    Is associated with unusual activity<br><br>(*Threat Indicator Database Threat Types*, ORACLE, https://docs.oracle.com/en-us/iaas/Content/threat-intel/using/database-threat-types.htm.) |

# About Threat Detector

Understand the concepts and terminology you need to work with Cloud Guard's Threat Detector component.

The Threat Detector component in Cloud Guard collects and processes information on potential threats as follows:

1. Information is collected from Cloud Guard targets.

2. Threat Detector gets information on potential threats from Threat Intelligence Service. These are indicators of compromise, such as IP addresses and domains, that are associated with known malware command and control servers.

3. That information is run through models that are aligned with the MITRE ATT&CK Framework ↪ to categorize the potential tactics and techniques involved.

4. Those models produce "sightings" - individual instances of potential malicious behavior - which are scored to assess the *seriousness* of the consequences if the attack is real and the *likelihood* that the attack is real.

5. Then the sightings are collated into a resource profile.

6. The resource profile is scored to assess the risk described by the sequence of sightings.

7. A risk level is assigned, based on the highest risk score of the last 14 days.

8. If the risk level becomes critical, a problem is generated.

The **Threat Monitoring** and **Threat Monitoring Details** pages display information for each resource profile listed. To interpret the information displayed, become familiar with the following key concepts and terminology.

| Claim 1 | Oracle Cloud Infrastructure |
|---------|------------------------------|
|         | (*About Threat Detector*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/threats-about.htm.) |

# Searching for Threat Indicators

Search the Threat Intelligence database to learn more about specific threat indicators, such as an IP address or domain name. Learn about the indicator's history and its confidence score.

Search results are limited to the most recent 1,000 results for any combination of search parameters. Refine the search criteria if the search returns more than 1,000 results.

To learn about the information found in the Threat Intelligence database, see Concepts.

You can search the Threat Intelligence database even if Cloud Guard hasn't detected any threats in the tenancy.

**Console**     CLI     API

1. Open the navigation menu and click **Identity & Security**. Under **Threat Intelligence**, click **Threat Indicator Database**.
2. From the **Search for** list, select the type of threat indicator that you want to search for, and then enter the specific value.
   - **Domain name**: Enter the source domain name of the threat indicator.
   - **File name**: Enter the file name of the malicious program.
   - **IP address**: Enter the source IP address of the threat indicator.
   - **Malware**: Enter the name of the malware program associated with the threat indicator.
   - **MD5 hash**: Enter the MD5 hash generated from the request header of the threat indicator.
   - **SHA1 hash**: Enter the SHA1 hash generated from the request header of the threat indicator.
   - **SHA256 hash**: Enter the SHA256 hash generated from the request header of the threat indicator.
   - **Threat actor**: Enter the name of the entity associated with the threat indicator.
   - **Threat type**: Select the type of threat. See Threat Indicator Database Threat Types.
   - **URL**: Enter the source URL of the threat indicator.

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | ## Parameters Reported for Sightings<br><br>The following parameters are also monitored. Some of these parameters appear on only the **Threat Monitoring** page or the **Threat Monitoring Details** page.<br><br>• **Resource, Resource ID, Resource Name** - an identifier for the resource targeted in the sighting.<br><br>• **Compartment** - the OCI compartment where the resource is located.<br><br>• **Target** - the Cloud Guard target containing the OCI compartment.<br><br>• **Regions** - the region or regions in which the sighting was detected.<br><br>• **First Detected** - the date and time at which the sighting was first detected.<br><br>• **Last Detected** - the date and time at which the sighting was last detected.<br><br>• **Peak Risk Score** - the highest risk score for a particular risk profile.<br><br>• **Peak Date** - the date of the highest risk score for a particular risk profile.<br><br>• **Endpoint ASN** - the Autonomous System Number associated with the endpoint IP address identified in a sighting.<br><br>• **Endpoint Service** - the particular services used from the endpoint identified in a sighting.<br><br>• **Endpoint Type** - if the IP address is known to the OCI Threat Intel service, it's declared "suspicious" and the IP address becomes a link to the information in that service.<br><br>(*About Threat Detector*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/threats-about.htm.) |

| Claim 1 | Oracle Cloud Infrastructure |
|---|---|
| | # Cloud Guard Concepts<br><br>Understand Cloud Guard components and terminology.<br><br>Cloud Guard examines your Oracle Cloud Infrastructure resources for security weakness related to configuration, and your operators and users for risky activities. Upon detection, Cloud Guard can suggest, assist, or take corrective actions, based on your configuration.<br><br>The following diagram provides a high-level overview of Cloud Guard system flow. You can refer to this diagram as you review the Cloud Guard concepts whose definitions follow.<br><br><br><br>(*Cloud Guard Concepts*, ORACLE, https://docs.oracle.com/en-us/iaas/cloud-guard/using/cg-concepts.htm.) |